| | | |
|---|---|---|
| **Donna M Jackson/WAWD/09/USCOURTS**<br>06/08/2007 04:39 PM | To<br>cc<br>bcc<br>Subject | "Danny Bronski" <danny@veritrademark.com><br><br><br>Re: Please call 206-281-0795 to obtain credit card information |

Your case number is: C07-0886TSZ.   Please call me at: (206) 370-8431 to obtain your credit card info.  Summons and receipt will go out in Monday's mail.  Thx!

~Donna Jackson
"Danny Bronski" <danny@veritrademark.com>



| | | |
|---|---|---|
| **"Danny Bronski" <danny@veritrademark.com>**<br>06/08/2007 04:13 PM | To<br>cc<br>Subject | <newcases.seattle@wawd.uscourts.gov><br><br>Please call 206-281-0795 to obtain credit card information |

Danny Bronski
VeriTrademark
Attorney

(206) 281-0795 Work
Danny@VeriTrademark.com
VeriTrademark
216 First Avenue S #210
Seattle, WA  98104
http://www.VeriTrademark.com

  
Barker Cover sheet.pdf    Barker Summons.pdf    HMB-BA Barker Pleading.pdf