US00D468491S

(12) **United States Design Patent**     (10) Patent No.:     **US D468,491 S**

Huber     (45) Date of Patent:     ✱✱   **Jan. 7, 2003**

(54) **DOG COLLAR**

(76) Inventor: **Lori Huber**, 12602 10th Ave. Northeast, Seattle, WA (US) 98125

(**) Term: **14 Years**

(21) Appl. No.: **29/158,356**

(22) Filed: **Apr. 2, 2002**

(51) **LOC (7) Cl.** .................................................. **30-04**

(52) **U.S. Cl.** ........................ **D30/152**; D28/41; D2/601

(58) **Field of Search** ............................... D30/152–153; 119/850, 855, 856, 862; D11/20, 120, 119, 3–6; D2/600, 601, 891, 741; D28/39, 41; 2/174

(56)     **References Cited**

U.S. PATENT DOCUMENTS

2,216,440 A   * 10/1940  Houle .......................... 428/10

| | | | |
|---|---|---|---|
| D424,255 S | * | 5/2000 | Bionde et al. ............. D21/659 |
| D439,374 S | * | 3/2001 | Martin ........................ D28/41 |

* cited by examiner

*Primary Examiner*—Pamela Burgess
(74) *Attorney, Agent, or Firm*—Seed IP Law Group PLLC

(57)     **CLAIM**

The ornamental design for a dog collar, as shown and described.

**DESCRIPTION**

FIG. **1** is an isometric view of a dog collar showing my new design;
FIG. **2** is a plan view of the dog collar of FIG. **1**; and,
FIG. **3** is an elevational view of the dog collar of FIG. **1**.
The broken lines in FIG. **1** are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



Dockets...

Case 2:07-cv-00886-TSZ     Document 2-2     Filed 06/14/2007     Page 2 of 4



*Fig. 1*



*Fig. 2*



*Fig. 3*