| (12) **United States Design Patent**<br>Huber | (10) Patent No.: **US D475,162 S**<br>(45) Date of Patent: ✱✱ **May 27, 2003** |
|---|---|

(54) **DOG COLLAR**

(76) Inventor: **Lori Huber**, 12602 10*th* Ave. Northeast, Seattle, WA (US) 98125

(✱✱) Term: **14 Years**

(21) Appl. No.: **29/162,653**

(22) Filed: **Jun. 18, 2002**

(51) **LOC (7) Cl.** .................................................. **30-04**
(52) **U.S. Cl.** .................................................. **D30/152**
(58) **Field of Search** ........................ D30/152; D11/20, D11/120, 119, 36; D6/600, 601, 891, 741; 2/174; D28/39, 41; 119/850, 855, 856, 862; 428/10

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 2,216,440 | A |   | 10/1940 | Houle | 428/10 |
| D354,019 | S | ✱ | 1/1995 | Young | 428/10 |
| D424,255 | S |   | 5/2000 | Bionde et al. | D21/659 |
| D439,374 | S |   | 3/2001 | Martin | D28/41 |

OTHER PUBLICATIONS

U.S. patent application Ser. No. 29/158,356, filed Apr. 2, 2002.

✱ cited by examiner

*Primary Examiner*—Pamela Burgess
(74) *Attorney, Agent, or Firm*—Seed IP Law Group PLLC

(57) **CLAIM**

The ornamental design for a dog collar, as shown and described.

**DESCRIPTION**

FIG. **1** is an isometric view of a dog collar showing my new design;
FIG. **2** is a plan view of the dog collar of FIG. **1**; and,
FIG. **3** is an elevational view of the dog collar of FIG. **1**.
The broken lines in FIG. **1** are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**





Fig. 1



*Fig. 2*



*Fig. 3*