# (12) United States Design Patent
## Huber

(10) Patent No.: **US D468,491 S**
(45) Date of Patent: ∗∗ **Jan. 7, 2003**

(54) **DOG COLLAR**

(76) Inventor: **Lori Huber**, 12602 10th Ave. Northeast, Seattle, WA (US) 98125

(∗∗) Term: **14 Years**

(21) Appl. No.: **29/158,356**

(22) Filed: **Apr. 2, 2002**

(51) LOC (7) Cl. .................................................. **30-04**
(52) U.S. Cl. ......................... **D30/152**; D28/41; D2/601
(58) Field of Search ................................ D30/152–153; 119/850, 855, 856, 862; D11/20, 120, 119, 3–6; D2/600, 601, 891, 741; D28/39, 41; 2/174

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,216,440 A  ∗ 10/1940  Houle ........................ 428/10
D424,255 S  ∗  5/2000  Bionde et al. ............. D21/659
D439,374 S  ∗  3/2001  Martin ........................ D28/41

∗ cited by examiner

*Primary Examiner*—Pamela Burgess
(74) *Attorney, Agent, or Firm*—Seed IP Law Group PLLC

(57) **CLAIM**

The ornamental design for a dog collar, as shown and described.

**DESCRIPTION**

FIG. **1** is an isometric view of a dog collar showing my new design;
FIG. **2** is a plan view of the dog collar of FIG. **1**; and,
FIG. **3** is an elevational view of the dog collar of FIG. **1**.
The broken lines in FIG. **1** are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**





Fig. 1



Fig. 2



*Fig. 3*