(12) **United States Design Patent**  (10) Patent No.:     **US D475,162 S**
Huber                                  (45) Date of Patent: ∗∗ **May 27, 2003**

(54) **DOG COLLAR**

(76) Inventor: **Lori Huber**, 12602 10th Ave. Northeast, Seattle, WA (US) 98125

(∗∗) Term: **14 Years**

(21) Appl. No.: **29/162,653**

(22) Filed: **Jun. 18, 2002**

(51) LOC (7) Cl. .................................................. **30-04**
(52) U.S. Cl. .................................................. **D30/152**
(58) Field of Search .......................... D30/152; D11/20, D11/120, 119, 36; D6/600, 601, 891, 741; 2/174; D28/39, 41; 119/850, 855, 856, 862; 428/10

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,216,440 A | | 10/1940 | Houle .......................... 428/10 |
| D354,019 S | ∗ | 1/1995 | Young .......................... 428/10 |
| D424,255 S | | 5/2000 | Bionde et al. ............. D21/659 |
| D439,374 S | | 3/2001 | Martin ........................ D28/41 |

OTHER PUBLICATIONS

U.S. patent application Ser. No. 29/158,356, filed Apr. 2, 2002.

∗ cited by examiner

*Primary Examiner*—Pamela Burgess
(74) *Attorney, Agent, or Firm*—Seed IP Law Group PLLC

(57) **CLAIM**

The ornamental design for a dog collar, as shown and described.

**DESCRIPTION**

FIG. **1** is an isometric view of a dog collar showing my new design;
FIG. **2** is a plan view of the dog collar of FIG. **1**; and,
FIG. **3** is an elevational view of the dog collar of FIG. **1**.
The broken lines in FIG. **1** are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



U.S. Patent     May 27, 2003     Sheet 1 of 3     US D475,162 S



Fig. 1

**U.S. Patent**   May 27, 2003   Sheet 2 of 3   US D475,162 S



*Fig. 2*



*Fig. 3*