# Action Process Service

3215 Laredo Drive Little Rock, AR 72206
Office: 501-888-5706

## AFFIDAVIT OF SERVICE

Case Number: CV7 886

Defendant: BA Barker, Inc.

Documents Served: Summons & complaint

Received by ACTION PROCESS SERVICE to be served on the defendant above. I, being duly sworn, depose and say that I executed service by delivering a true copy of the documents above in accordance with state statutes.

(Served) or Attempted (Date): 6/28/07    At (Time): 12:12 PM

The service was completed or attempted (circle one) by the following manner:

( ) Personal Service, by serving the defendant above in person.
( ) Substitute Service, by serving (name) _____ as (relationship) _____ who is 14 years or older residing therein.
(X) Corporate Service, by serving: Lynn Webb  as (title) owner.
( ) Non-Service Reason, the address provided for service was not a good address, see the comments below for more information.

The service was (completed) or attempted (circle one) at the address below:

Address: 8 Summerland ct. LR, Ar 72227

Additional Comments: Woman identified herself as Lynn Webb, owner of B.A. Barker inc.

By signing below, I certify that I have no interest in the above action, I am of legal age and I have proper authority in the jurisdiction in which this service was made. I further certify that the information above is true and no false statements have been made.

Appointed Process Server
Action Process Service

Subscribed and sworn before me on 7-15-07.

Notary Public, Arkansas

[Notary Seal - Loretta Foster]