HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| HIGH MAINTENANCE BITCH, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>B A BARKER, INC, an Arkansas corporation,<br><br>Defendant. | Case No.   2:2007 CV 00886<br><br>**NOTICE OF APPEARANCE** |

    TO:        High Maintenance Bitch, LLC

    AND TO:   Daniel M. Bronski and James J. Ruttler, VeriTrademark, 216 First Avenue South, Suite 210, Seattle, WA  98104, its attorneys of record.

    PLEASE TAKE NOTICE of the appearance in the above-captioned matter of the undersigned counsel on behalf of Defendant B A Barker, Inc.  Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be

///

///

///

///

NOTICE OF APPEARANCE
Case No. CV 07-0886 - 1

Townsend and Townsend and Crew LLP
1420 Fifth Avenue, Suite 4400
Seattle, WA  98101-2325
(206) 467-9600

1  ///

2  served on the undersigned counsel at the address stated below.

3  DATED:  August 6, 2007        Respectfully submitted,

4                                 TOWNSEND AND TOWNSEND AND CREW LLP
                                   STEVEN P. FRICKE (State Bar No. 25070)
5

6                                 By:  /s/ Steven P. Fricke

7                                 1420 Fifth Avenue, Suite 4400
                                   Seattle, WA 98101-2325
8                                  Telephone:  (206) 467-9600
                                   Fax:  (206) 623-6793
9                                  E-Mail:  spfricke@townsend.com;
                                   cecarr@townsend.com; sareames@townsend.com
10                                 Attorneys for Defendant
                                   B A BARKER, INC.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
NOTICE OF APPEARANCE
Case No. CV 07-0886 - 2

**PROOF OF SERVICE**

I hereby certify that on the 6th day of August, 2007, the foregoing Notice of Appearance was filed with the Court using the CM/ECF system which will send notification of such filing to the following:

**Daniel M Bronski**
**danny@veritrademark.com**

I hereby also certify that the foregoing Notice of Appearance was sent via electronic mail to the following non-CM/ECF registered attorney:

**Jim Ruttler**
**jim@ruttlerlaw.com**

EXECUTED this 6th day of August, 2007, at Seattle, Washington.

/s/ Steven P. Fricke
Steven P. Fricke

61116482 v1

NOTICE OF APPEARANCE
Case No. CV 07-0886 - 3

Townsend and Townsend and Crew LLP
1420 Fifth Avenue, Suite 4400
Seattle, WA 98101-2325
(206) 467-9600