HONORABLE THOMAS S ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HIGH MAINTENANCE BITCH, LLC<br><br>Plaintiff,<br><br>v.<br><br>B.A. BARKER, INC.,<br><br>Defendant. | NO. 2:07-cv-00886<br><br>STIPULATION AND ORDER OF DISMISSAL PURSUANT TO CR 41<br><br>[Clerk's Action Required] |

STIPULATION

Plaintiff HIGH MAINTENANCE BITCH, LLC and Defendant B.A. BARKER, INC. stipulate that this action be dismissed with prejudice. Each party will bear its own attorneys' fees and costs.

DATED  9-5-07                              DATED  22 AUG 07

_(signature)_                               _(signature)_
Daniel M. Bronski (34385)                   Steven P. Fricke
Attorneys for Plaintiffs                    Attorneys for Defendants

STIPULATION AND ORDER OF DISMISSAL    1

VeriTrademark
216 First Avenue S #210
Seattle, Washington 98104
phone: (206) 281-0795
fax: (206) 774-0430

## ORDER

IT IS HEREBY ORDERED that this action is dismissed with prejudice as to all claims asserted herein, both sides to bear their own costs and fees.

DATED this _____ day of _____, 2007.

_____
Judge or Commissioner of the District Court

STIPULATION AND ORDER OF
DISMISSAL

2

VERITRADEMARK
216 First Avenue S #210
Seattle, Washington 98104
phone: (206) 281-0795
fax: (206) 774-0430