HONORABLE THOMAS S ZILLY

07-CV-00886-APP

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HIGH MAINTENANCE BITCH, LLC<br><br>Plaintiff,<br><br>v.<br><br>B.A. BARKER, INC.,<br><br>Defendant. | NO. 2:07-cv-00886<br><br>STIPULATION AND ORDER OF DISMISSAL PURSUANT TO CR 41<br><br>[Clerk's Action Required] |

## STIPULATION

Plaintiff HIGH MAINTENANCE BITCH, LLC and Defendant B.A. BARKER, INC. stipulate that this action be dismissed with prejudice. Each party will bear its own attorneys' fees and costs.

DATED 9-5-07                              DATED 22 AUG 07

_____            _____
Daniel M. Bronski (34385)                Steven P. Fricke
Attorneys for Plaintiffs                 Attorneys for Defendants

STIPULATION AND ORDER OF
DISMISSAL                                              1

VERITRADEMARK
216 First Avenue S #210
Seattle, Washington 98104
phone: (206) 281-0795
fax: (206) 774-0430

## ORDER

IT IS HEREBY ORDERED that this action is dismissed with prejudice as to all claims asserted herein, both sides to bear their own costs and fees.

DATED this 12th day of Sept, 2007.

_____
Judge or Commissioner of the District Court

STIPULATION AND ORDER OF DISMISSAL — 2

VERITRADEMARK
216 First Avenue S #210
Seattle, Washington 98104
phone: (206) 281-0795
fax: (206) 774-0430